UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SHAWN ALLEN HARMON, )
)
          Plaintiff, )
  vs. ) No. 1:06-cv-168-SEB-VSS
)
MAYOR SALLY HUTTON, et al., )
)
          Defendants. )

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

    1.    In the oft-cited *Ridge Gold Standard Liquors, Inc. v. Joseph E. Seagram & Sons, Inc.,* 572 F.Supp. 1210, 1212-1213 (N.D.Ill. 1983), the district court observed that: "It is well recognized that a federal district court has the inherent power to administer its docket in a manner that conserves scarce judicial resources and promotes the efficient and comprehensive disposition of cases." The plaintiff's claims in this action can and should be asserted in *Harmon v. City of Richmond, et al.,* No. 1:06-cv-133-LJM-VSS. There is no reason for the proliferation of actions on the docket, which is inefficient as a means of docket management and needlessly costly for the parties.

    2.    This action is dismissed without prejudice. The claims here may be incorporated into an amended complaint to be filed as directed in No. 1:06-cv-133-LJM-VSS. Judgment consistent with this Entry shall now issue. The clerk shall note the plaintiff's change of address as shown in the distribution portion of the accompanying Judgment.

    **IT IS SO ORDERED**.

Date: 03/03/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana