UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHAWN ALLEN HARMON, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MAYOR SALLY HUTTON, et al., ) <br> ) <br> Defendants. ) | No. 1:06-cv-168-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 03/03/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Shawn Allen Harmon
DOC #113945
Reception-Diagnostic Center
737 Moon Road
Plainfield, IN 46168